UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:20MJ02094-LOUIS

UNITED STATES OF AMERICA

vs.

JASON MICHAEL JEANBLANC
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
___Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
___Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Ella D'Agalo* for AUSA Klukas
YARA L. KLUKAS
Assistant United States Attorney
Florida Bar No. 73101
99 N. E. 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9102
Yara.Klukas@usdoj.gov

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JASON MICHAEL JEANBLANC<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 20 MJ 02094-LOUIS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 18, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2113(a) | Bank Robbery and Incidental Crimes |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sam Band, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 19 2020

City and state: Miram, FL

_____
*Judge's signature*

Judge Lauren F. Louis
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Samuel Band, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. My current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been a Special Agent since February 2019 and have been assigned to the Miami Division since that time. Prior to becoming an FBI Special Agent, I was a law enforcement officer in Virginia with the Fairfax County Police Department.

2.  This affidavit is submitted in support of a criminal complaint charging JASON MICHAEL JEANBLANC of Title 18, United States Code, Section 2113(a).

3.  I respectfully submit that there is probable cause to believe that on January 18, 2020, JEANBLANC did knowingly attempt to take, by intimidation, from persons and presence of employees of Chase Bank, located at 150 SE 2 Avenue, Miami, Florida 33131, United States Currency belonging to, and in the care custody, control, management, and possession of Chase Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation.

4.  The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against JEANBLANC for the above-described criminal violation.

## **PROBABLE CAUSE**

5.      On January 18, 2020, at approximately 12:55pm, a male identified as JEANBLANC, entered the Chase Bank, located at 150 SE 2 Avenue, Miami, Florida 33131. Chase Bank is insured by the Federal Deposit Insurance Corporation ("FDIC").

6.      JEANBLANC, wearing a white CUBS baseball jersey entered Chase Bank and conversed with a bank employee (the Victim). JEANBLANC approached the victim and asked how to open an account. During this interaction, the Victim noticed JEANBLANC approaching him.

7.      JEANBLANC lunged at the Victim and attempted to place him in a chokehold. While doing so, he was overheard by the Victim and multiple witnesses demanding money. The Victim was struck multiple times in the back of the head with closed fists.

8.      The Victim managed to fight back and with the help of another bank employee, JEANBLANC was subdued in the bank lobby until police arrival. The Victim later described feeling scared and believed JEANBLANC could have killed him. The victim was transported to a nearby hospital to be checked for internal injuries.

9.      While on scene, witnesses corroborated the Victim's statements and JEANBLANC was identified by multiple witnesses as the subject who attacked him.

10.     The attempted bank robbery was recorded on Chase Bank's video security cameras. This footage captured JEANBLANC as he entered the bank, attacked the Victim, and was subsequently arrested by responding officers.

11.     JEANBLANC was interviewed by responding Federal Bureau of Investigation Special Agents. After waiving his Miranda Rights and agreeing to speak to law enforcement,

JEANBLANC made admissions to entering the Chase Bank, wrestling an employee, and demanding money.

## CONCLUSION

12.  Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists to charge JEANBLANC with knowingly, by means of intimidation, attempt to take from the person and presence of employees of a federally insured bank, United States currency belonging to, and in the care, custody, control, management, and possession of Chase Bank, located 150 SE 2 Avenue, Miami, Florida 33131 in violation of Title 18, United States Code, Sections 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT SAMUEL BAND
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 19th day of January 2020.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3